IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARIE FREEMAN**                                                              **PLAINTIFF**

v.                      Case No. 3:19-cv-00074-LPR

**KROGER CO.** and
**KROGER LIMITED PARTNERSHIP I**                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on March 11, 2020, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE